IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01192-AP

DANIEL A. ARAGON,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar, Esq. | Jessica Milano |
| 402 W. 12th Street | Special Assistant United States Attorney |
| Avondale, CO 81022 | Assistant Regional Counsel |
| Pueblo, CO 81003 | Office of the General Counsel |
| (719) 543-8636 | Social Security Administration |
| (719) 543-8403 (fax) | 1001 17th Street |
| seckarlaw@mindspring.com | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed:   **May 8, 2012**

    B.     Date Complaint was Served on U.S. Attorney's Office:   **June 27, 2012**

    C.     Date Answer and Administrative Record Were Filed:   **August 27, 2012**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.     Plaintiff's Opening Brief:   **October 29, 2012**

    B.     Response Brief due:   **November 28, 2012**

    C.     Reply Brief due:   **December 13, 2012**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      A.      Plaintiff's Statement: **Plaintiff does not request oral argument.**

      B.      Defendant's Statement: **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.      ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of September, 2012.

                                BY THE COURT:

                                *s/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for* <br> Michael W. Seckar, Esq. <br> 402 W. 12th Street <br> Avondale, CO 81022 <br> Pueblo, CO 81003 <br> (719) 543-8636 <br> (719) 543-8403 (fax) <br> seckarlaw@mindspring.com <br><br> Attorney for Plaintiff <br><br> (SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH <br> United States Attorney <br><br> WILLIAM G. PHARO <br> Assistant United States Attorney <br> United States Attorney's Office <br> District of Colorado <br><br> *s/ Jessica Milano* <br> Jessica Milano <br> Special Assistant United States Attorney <br> 1001 17th Street <br> Denver, CO 80202 <br> (303) 844-7136 <br> (303) 844-0770 (fax) <br> jessica.milano@ssa.gov <br><br> Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to Plaintiff's counsel at the following e-mail address(es):

seckarlaw@mindspring.com

*s/ Jessica Milano*
Office of the General Counsel
Social Security Administration