IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01192-AP

DANIEL A. ARAGON,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael W. Seckar, Esq.
402 W. 12th Street
Avondale, CO 81022
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (fax)
seckarlaw@mindspring.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.     Date Complaint Was Filed:     **May 8, 2012**

      B.     Date Complaint was Served on U.S. Attorney's Office:     **June 27, 2012**

      C.     Date Answer and Administrative Record Were Filed:     **August 27, 2012**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

      A.     Plaintiff's Opening Brief:     **October 29, 2012**

      B.     Response Brief due:     **November 28, 2012**

      C.     Reply Brief due:     **December 13, 2012**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: **Plaintiff does not request oral argument.**

    B.    Defendant's Statement: **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    (  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of September, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for* <br> Michael W. Seckar, Esq. <br> 402 W. 12th Street <br> Avondale, CO 81022 <br> Pueblo, CO 81003 <br> (719) 543-8636 <br> (719) 543-8403 (fax) <br> seckarlaw@mindspring.com <br><br> Attorney for Plaintiff <br><br> (SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH <br> United States Attorney <br><br> WILLIAM G. PHARO <br> Assistant United States Attorney <br> United States Attorney's Office <br> District of Colorado <br><br> *s/ Jessica Milano* <br> Jessica Milano <br> Special Assistant United States Attorney <br> 1001 17th Street <br> Denver, CO 80202 <br> (303) 844-7136 <br> (303) 844-0770 (fax) <br> jessica.milano@ssa.gov <br><br> Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to Plaintiff's counsel at the following e-mail address(es):

seckarlaw@mindspring.com

*s/ Jessica Milano*
Office of the General Counsel
Social Security Administration