**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01192-CMA

DANIEL A. ARAGON

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was decided by Judge Christine M. Arguello on Plaintiff DANIEL A. ARAGON's Social Security Appeal.  Pursuant to the order entered orally in open court on March 15, 2013, it is

ORDERED that the decision of the administrative Law Judge is reversed and remanded.

Plaintiff DANIEL A. ARAGON shall recover costs from Defendant Carolyn W. Colvin, Commissioner of Social Security.

Dated at Denver, Colorado this 18th day of March, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.